UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NORMAN LESTER MUNN, #165122,

       Petitioner,

                                        CASE NO. 2:10-CV-11920
v.                               HONORABLE DENISE PAGE HOOD

LLOYD RAPELJE,

       Respondent.

_____/

## **JUDGMENT**

       The above-entitled matter having come before the Court on a Petition for a Writ of Habeas

Corpus, the Honorable Denise Page Hood, United States District Judge, presiding, and in accordance

with the Opinion and Order entered on this date;

       **IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is

**DISMISSED WITH PREJUDICE.**


                    S/Denise Page Hood_____
                    Denise Page Hood
                    United States District Judge

Dated:  January 27, 2012

I hereby certify that a copy of the foregoing document was served upon Norman Munn, 165122,
Chippewa Correctional Facility, 4269 W. M-80, Kincheloe, MI 49784 and counsel of record on
January 27, 2012, by electronic and/or ordinary mail.

                    s/LaShawn R. Saulsberry_____
                    Case Manager